**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MA'KAVION BREWSTER** **PLAINTIFF**
***#977128***

**v.** **CASE NO. 3:26-CV-00220-BSM**

**DALE COOK, *et al.*** **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of November, 2026.

UNITED STATES DISTRICT JUDGE